IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BRENT IVERSON,[1] | § | |
| | § | No. 158, 2020 |
| Petitioner Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below–Family Court |
| | § | of the State of Delaware |
| MELISSA HUNT, | § | |
| | § | File No. CK18-01911 |
| Respondent Below, | § | Petition No. 18-21231 |
| Appellee. | § | |

Submitted: October 30, 2020
Decided: December 10, 2020

Before **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices.

## ORDER

After careful consideration of the parties' briefs and the Family Court record, we find it evident that the judgment of the Family Court should be affirmed on the basis of and for the reasons assigned in the Family Court's orders dated February 26, 2020, and March 26, 2020.[2]

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

[2] In his opening brief, the appellant asked us to appoint counsel to assist him with his appeal. Because there is no general right to counsel at State expense in civil litigation, *see In re Hall*, 2005 WL 2473791, at *1 (Del. Aug. 26, 2005), and we were able to understand the arguments that the appellant made on appeal, we declined to exercise our discretion to appoint counsel to assist him in these proceedings.